UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.F. as Parent and Next Friend to M.F., )
)
Plaintiff, )
)
v. )       Civil No. 20-12259-LTS
)
AMY SCOLARO, et al., )
)
Defendants. )

FINAL JUDGMENT

June 1, 2022

Pursuant to the Court's Order, Doc. No. 110, dated February 8, 2022, the Court

DISMISSED WITH PREJUDICE Plaintiff's claim seeking judicial review of the BSEA's

administrative decision.  The Court entered a separate and final Judgment on that claim pursuant

to Fed. R. Civ. P. 54(b).  Doc. No. 122.

Pursuant to the Court's Order, Doc. No. 143, dated June 1, 2022, all other claims brought

by Plaintiff are VOLUNTARILY DISMISSED under Fed. R. Civ. P. 41(a)(2).  Each side shall

bear its own costs and fees.

SO ORDERED.

 /s/ Leo T. Sorokin
Leo T. Sorokin
United States District Judge