UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No.: 20-12259-LTS

C.F., et al
        Plaintiffs

v.

Marshfield Public School District, et al.
        Defendants

)
)
)
)
)
)
)
)
)
)
)
)
)

NOTICE OF APPEAL

Notice is hereby given that C.F. and M.F., Plaintiffs in the above-named case, hereby

appeal to the United States District Court of Appeals for the First Circuit from all orders

and/or judgments entered in this action on February 8, 2023.

Dated: March 8, 2023                Respectfully Submitted,
                                    /s/ C.F.
                                    On behalf of herself and her child,
                                    M.F.

CERTIFICATE OF SERVICE

        I hereby certify that a true copy of the above document was served upon the attorney
of record for each other party having an appearance in this case via CM/ECF, if available,
or otherwise by electronic mail on March 8, 2023.

                                    /s/ C.F.
                                    _____
                                    C.F.